NO. 07-10-0038-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 APRIL 12, 2010
 ______________________________

 ROBERT DAVID JACKSON,

Appellant

 V.

 JESSICA LEA GRAY,

Appellee
 ______________________________

 FROM THE 46th DISTRICT COURT OF WILBARGER COUNTY;

 NO. 25,112; HON. DAN MIKE BIRD, PRESIDING
 ______________________________

 MEMORANDUM OPINION
 ______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Robert David Jackson perfected this appeal on January 25, 2010. The appellate record was due on or about March 12, 2010. Both the district clerk and court reporter have filed motions to extend the time to file their records because appellant apparently failed to pay or make arrangements to pay for them, as required by Texas Rules of Appellate Procedure 35.3(a)(1)(2) and 35.3(b)(3). By letter dated March 29, 2010, we directed appellant to certify to this court, by April 8, 2010, that he had complied with rule of procedure 35.3(a)(1)(2) and 35.3(b)(3). So too was he informed that failure to meet that deadline would result in the dismissal of his appeal. To date, this court has not received either the clerks record, the reporters record, or notification that the records have been paid for or that arrangements have been made for payment. Nor has this court received any request to postpone the dismissal date. Consequently, we dismiss the appeal for want of prosecution. 

Per Curiam